IN THE COURT OF CRIMINAL APPEALS OF TENNESSEE

AT NASHVILLE

JUNE 1997 SESSION



FILED

August 15, 1997

Cecil W. Crowson
Appellate Court Clerk

DANNY JOE COLE,           )
                          )
          APPELLANT,      )
                          )        No. 01-C-01-9608-CR-00333
                          )
                          )        Davidson County
v.                        )
                          )        J. Randall Wyatt, Jr., Judge
                          )
                          )        (Habeas Corpus)
RICKY BELL, Warden,       )
                          )
          APPELLEE.       )


FOR THE APPELLANT:                 FOR THE APPELLEE:

Geoffrey Coston                    John Knox Walkup
Attorney at Law                    Attorney General & Reporter
2813 West End Avenue               500 Charlotte Avenue
Nashville, TN 37203                Nashville, TN 37243-0497

                                   Daryl J. Brand
                                   Assistant Attorney General
                                   450 James Robertson Parkway
                                   Nashville, TN 37243-0493

                                   Victor S. Johnson, III
                                   District Attorney General
                                   Washington Square, Suite 500
                                   222 Second Avenue, North
                                   Nashville, TN 37201-1649

                                   Katrin N. Miller
                                   Assistant District Attorney General
                                   Washington Square, Suite 500
                                   222 Second Avenue, North
                                   Nashville, TN 37201-1649


OPINION FILED:_____


AFFIRMED PURSUANT TO RULE 20


Joe B. Jones, Presiding Judge

# O P I N I O N

The appellant, Danny Joe Cole (petitioner), appeals as of right from a judgment of the trial court dismissing his suit for the writ of habeas corpus. While the trial court addressed the merits of the grounds set forth in the petition, the court concluded the judgment was at best voidable, not void, and the remedy of habeas corpus was not available to the petitioner to attack the sentences previously imposed. In this Court, the petitioner contends the Tennessee Criminal Sentencing Reform Act of 1989 violates Article II, Section 2, the Separation of Powers Clause, of the Tennessee Constitution; and the Act is inconsistent with the determinate sentencing provisions contained in the Act.

After a thorough review of the record, the briefs submitted by the parties, and the law governing the issues presented for review, it is the opinion of this Court that the judgment of the trial court should be affirmed pursuant to Rule 20, Rules of the Tennessee Court of Criminal Appeals.

_____
JOE B. JONES, PRESIDING JUDGE


CONCUR:


_____
WILLIAM M. BARKER, JUDGE


_____
THOMAS T. WOODALL, JUDGE